# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2018

157106-7 & (70)(71)(72)(73)(74)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 157106
      COA: 333572
      Wayne CC: 15-005730-FC

ANTHONY DEAN JONES,
      Defendant-Appellant.
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 157107
      COA: 335157
      Wayne CC: 15-005721-FH

ANTHONY DEAN JONES,
      Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the January 16, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of appellate counsel, for immediate discharge, to present evidence in support of motion for immediate discharge, for immediate release, and to amend additional issue are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk

p0529